EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
      Social Security Administration
      160 Spear St., Suite 800
      San Francisco, CA  94105
      Telephone:  (415) 977-8962
      Facsimile:  (415) 744-0134
      Email:  Dennis.Hanna@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CHRISTA JAMES, | No. 5:15-cv-01251-GW-JPR |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATED:  January 14, 2016

_____
HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE