Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CHRISTA JAMES | ) |
|---|---|
| Plaintiff, | ) CASE NO.: 5:15-cv-01251-JPR |
| v. | ) |
| CAROLYN W. COLVIN, Acting, Commissioner of Social Security, | ) ORDER AWARDING EAJA FEES |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($1,600.00) subject to the terms of the stipulation.

DATED: February 19, 2016

_____
HON. JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

-1-